```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD J. CASTALDO, JR.,

                Debtor/Appellant,

-v-

BANK OF NEW YORK, AS TRUSTEE,

                Appellee.

Case No. 07-CV-8393 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

For the reasons stated on the record during an October 23, 2007 phone conference, Debtor/Appellant Richard J. Castaldo, Jr.'s Motion (#4) is DENIED in its entirety. The Clerk of Court is directed to terminate the Motion and close the case.

SO ORDERED.

Dated:     October 23, 2007
             White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE